UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO FLORES GONZALEZ, et al.,

Plaintiffs,

v.

CITY OF SAN JOSE, et al.,

Defendants.

Case No. 25-cv-06340-PCP

**ORDER TO SHOW CAUSE**

Since the unfortunate health issues suffered by plaintiff's original counsel in this case, *see* Dkt. No. 52, plaintiff's new counsel has not taken any action besides filing a notice of appearance in July 2026, *see* Dkt. No. 53. Plaintiff's new counsel also failed to appear at the most recent status conference in this case held on October 15, 2026. Counsel for plaintiff is accordingly ORDERED, by December 3, 2026, to show cause why plaintiff's counsel should not be sanctioned for failing to appear at the October 15, 2026, status conference. Counsel for plaintiff or plaintiff himself SHALL file a notice with the Court by December 3, 2026, explaining whether and how plaintiff intends to proceed with the prosecution of this action. The Court will hold a further status conference at 2:00 p.m. on Thursday, January 14, 2027, in Courtroom 8 of the Robert F. Peckham United States Courthouse, 280 South 1st Street, San José, California 95113.

**IT IS SO ORDERED.**

Dated: October 19, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California